IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LEONARD NOBLE                                                                                    PLAINTIFF

v.                                              Case No. 2:14-CV-02164

GUNNER DELAY, Sebastian County Prosecuting Attorney;
and DANIEL SHUE, Sebastian County Deputy Prosecuting
Attorney                                                                                        DEFENDANTS

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 32) of the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff Leonard Noble's objections (Doc. 34) and supplement (Doc. 35). No response to the objections was filed by Defendants. Noble has also filed a motion for hearing (Doc. 33) and a "motion to acknowledge documents and resubmit motion for in camera review of documents" (Doc. 36). The Court has conducted a *de novo* review as to all specified proposed findings and recommendations to which Plaintiff has raised objections. 28 U.S.C. § 636(b)(1)(c). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 32) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendants' motion to dismiss (Doc. 14) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

All other pending motions are TERMINATED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE