IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LEONARD NOBLE                                                                PLAINTIFF

v.                                  Case No. 2:14-CV-02164

GUNNER DELAY, Sebastian County Prosecuting Attorney;
and DANIEL SHUE, Sebastian County Deputy Prosecuting
Attorney                                                                     DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 2nd day of October, 2015.


<u>/s/ P. K. Holmes, III</u>
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE